**Eric Wilton BURTON, Plaintiff–Appellant,**

v.

**R. FOX; et al., Defendants–Appellees.**

No. 15–56756

United States Court of Appeals, Ninth Circuit.

Submitted September 26, 2017 \*

Filed October 5, 2017

Eric Wilton Burton, Stockton, CA, pro se.

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM \*\*

Eric Wilton Burton, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 for failure to pay the filing fee after denying Burton's motion to proceed in forma pauperis ("IFP") because he had three strikes under the Prison Litigation Reform Act. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

By failing to address in his opening brief how the district court erred, Burton has

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

waived his challenge to the district court's determinations that Burton has three or more prior actions dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted, and that Burton has not alleged imminent danger of serious physical injury. *See. Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim ....."); *see also* 28 U.S.C. § 1915(g).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.